

THE CITY OF NEW YORK
# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Andrea M. Martin**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    03/31/2026

March 27, 2026

**BY ECF**
Honorable Katharine Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED:** **The Initial Conference set for 4/6/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, May 14, 2026 at 2:00 p.m.**

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**03/31/2026**

Re:   Holmes v. New York City Health and Hospitals Corporation
      25-cv-7231 (KP)(RA)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant in the above case. I respectfully write, with the consent of Plaintiffs' counsel, to request an adjournment of the Initial Case Management Conference currently scheduled for April 6, 2026. See Scheduling Order, ECF Dkt No. 30. The parties have conferred and respectfully propose the following alternative dates for the Court's convenience:

- May 6, 2026
- May 13, 2026
- May 14, 2026
- May 15, 2026

The requested extension is necessary because the undersigned is currently preparing for an upcoming trial in the matter: *Petrina Safe v. New York City Department of Education et al*, Index No. 502676/2020, which is scheduled to proceed in the Supreme Court of the State of New York, Kings County, beginning April 13, 2026.

I thank the Court for consideration of this application.

Respectfully submitted,

*/s/*

Andrea M. Martin
Assistant Corporation Counsel

cc:  All Counsel of Record (via ECF)