USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HOLMES, et al.,

Plaintiffs,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION.,

Defendant.

-----------------------------------------------------------------X

**25-CV-7231 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 14, 2026, the parties filed a joint letter updating the Court regarding the status of discovery and their ongoing settlement discussions. The Court thanks the parties for the update and commends their continued efforts to advance discovery and explore an early resolution of this action. Consistent with the parties' proposal, they shall file a further joint status update by **September 4, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 15, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge