USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/02/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Andrea M. Martin**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

October 30, 2026

**MEMO ENDORSED**

**BY ECF**
Honorable Katharine Parker
United States Magistrate Judge
United States District Court
Eastern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: Holmes v. New York City Health and Hospitals Corporation
25-cv-7231 (KP)(RA)

Dear Judge Parker:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant in the above case. I respectfully write, with the consent of Plaintiffs' counsel, to request a second adjournment of the settlement conference currently scheduled for November 23, 2026, to January 21, 28, or 29, 2027, subject to the Court's availability.

As previously advised, Defendant has retained an expert to analyze the relevant timekeeping and payroll data in connection with Plaintiffs' claims under the Fair Labor Standards Act ("FLSA"). However, the data at issue is considerably more complex than a straightforward analysis of CityTime records. As a result, Defendant's expert has required additional information and clarification from the agency and has spent substantially more time reviewing and analyzing the data than initially anticipated.

Defendant is still awaiting the expert's completed report and analysis. Once received, the findings must undergo several levels of internal supervisory review and discussion before the undersigned can submit a formal request for settlement authority to the Comptroller. Accordingly, additional time is necessary to ensure that Defendant can meaningfully evaluate its potential exposure and engage in productive settlement negotiations.

Although Defendant recognizes that this is its second request for an adjournment, the undersigned respectfully submits that a brief, one-month adjournment may leave the parties in substantially the same position at the next conference. Rather than seek successive short adjournments, the City believes that rescheduling the conference to late January would provide

sufficient time to complete the necessary analysis and internal review, obtain settlement authority, and ensure that the next conference is a productive use of the Court's and the parties' resources.

Accordingly, the City respectfully requests that the November 23, 2026 settlement conference be adjourned to January 21, 28, or 29, 2027, or another date convenient to the Court.

The Parties thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Andrea M. Martin
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

**APPLICATION GRANTED:** **The settlement conference in this matter scheduled for Monday, November 23, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, January 28, 2027, 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than January 21, 2027, by 5:00 p.m.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**11/02/2026**